996 A.2d 1065

**Anthony HENRY, and Juris Priority Claimant/Injured Party, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Philadelphia Court of Common Pleas, Respondent.**

**Anthony Henry, Ens Legis, Defendant Corporate Fiction.**

**No. 24 EM 2010.**

Supreme Court of Pennsylvania.

June 24, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of June, 2010, the "Petition by 'Special Appearance' for Writ of Extraordinary Relief" is **DENIED.**